# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KEY STAR PARTNERS, LLC | CIVIL ACTION |
|---|---|
| v. | NO. 22-2338 |
| INSIGNIA DISPOSAL SERVICES, LLC | |

## ORDER

**AND NOW**, this 12th day of April, 2023, for the reasons stated in the foregoing Memorandum of Decision and at the oral argument on April 4, 2023, it is hereby **ORDERED** that the Plaintiff's Motion to Dismiss all Claims in the Amended Counterclaim (ECF No. 23) is **DENIED**, but the Court will grant the Motion to Dismiss as to the Amended Third Party Complaint, without prejudice, and with leave to amend within fourteen (14) days.

**BY THE COURT:**

**/s/ MICHAEL M. BAYLSON**

**MICHAEL M. BAYLSON, U.S.D.J.**